UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| In re: | |
|---|---|
| WALTER CHARNOFF, <br> SSN: xxx-xx-3670 <br><br> Debtor. | Case No. 17-21594-JGR <br> Chapter 77 |

### ORDER FOR HEARING ON ADEQUACY OF DISCLOSURE STATEMENT

The Debtor, Walter Charnoff (the "Plan Proponent"), filed a Disclosure Statement (Docket No. 145)(the "Disclosure Statement") to accompany his Chapter 11 Plan of Reorganization dated April 20, 2018 (Docket No. 127)(the "Plan") filed on April 20, 2018. Accordingly,

IT IS ORDERED:

1. The Hearing to consider the adequacy of and to approve the Disclosure Statement pursuant to 11 U.S.C. § 1125 will be held at **11:00 a.m., on June 27, 2018, in Courtroom B**, United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver, Colorado (the "Hearing").

2. The Plan Proponent shall promptly and, in any event, not later than **May 16, 2018:**

a. Mail the Notice of Hearing in the form attached (the "Notice of Hearing") to all creditors and indenture trustees, all equity security holders, and other parties in interest; and,

b. Mail a copy of the Plan, the Disclosure Statement, and the Notice of Hearing to the U.S. Trustee, counsel for the Creditors' Committee (or if there is no counsel, to the Committee Chairperson), the Trustee in the case, if any, and to applicable regulatory authorities, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities for the State of Colorado (all at their addresses of record as specified by Fed. R. Bankr. P. 2002(g)).

3. The Plan Proponent shall also file with the Court, at least 14 days prior to the Hearing, a certificate of mailing of the Notice of Hearing, Plan, and Disclosure Statement as ordered.

4. Upon request of interested parties, the Plan Proponent will promptly provide copies of the Plan and Disclosure Statement.

5. Objections to the Disclosure Statement shall be filed and served in the manner specified in Local Bankruptcy Rule 3017-1 and Fed. R. Bankr. P. 3017(a) on or before **June 13, 2018.**

DATED: May 9, 2018.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge

[Form of Notice to be given by Plan Proponent]

INSERT CAPTION

NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT

TO THE DEBTOR(S), CREDITORS, EQUITY HOLDERS, AND ALL OTHER PARTIES-IN-INTEREST:

NOTICE IS HEREBY GIVEN that a Disclosure Statement was filed by _____ (the "Plan Proponent").  Pursuant to Order of the Court, a Hearing will be held on the adequacy of such Disclosure Statement on _____, _____ at _____ ___.m. in Courtroom B, United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver (the "Hearing").

Any objections to the Disclosure Statement shall be made in writing and the original of the objection shall be filed with the Court and a copy served on the attorney for the Plan Proponent, the Debtor(s), and counsel for Debtor(s), the United States Trustee, and the Trustee, if any, counsel for the Creditors' Committee (or when there is no counsel, to the Committee Chairperson), applicable regulatory agencies, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities of the State of Colorado on or before _____.  Objections shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any, and references to the particular portions of the statement to which objections are made.  General objections will not be considered by the Court.

The Disclosure Statement is available for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado.  Any interested party who desires a copy of the Disclosure Statement or Plan may submit such request to the Plan Proponent at the address stated below, with a copy of that request to the Clerk of the Bankruptcy Court.  The Plan Proponent shall promptly provide the requested copy.

The Hearing may be continued from time to time by Order made in Open Court without further written notice to creditors or other parties in interest.

DATED: _____          PLAN PROPONENT:

                                   _____
                                   _____
                                   _____
                                   _____