UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-21594-JGR |
| WALTER CHARNOFF ) | |
| SSN: XXX-XX-3670 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**MOTION FOR DISMISSAL OF CHAPTER 11 CASE**

The Debtor, Walter Charnoff ("Debtor"), by and through his attorneys Kutner Brinen, P.C., moves the Court for entry of an Order dismissing this Chapter 11 case pursuant to 11 U.S.C. §1112(b) and in support thereof states as follows:

1. The Debtor filed his voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on December 21, 2017. The Debtor remains a debtor-in-possession and is operating and managing his business pursuant to 11 U.S.C. §§ 1107 and 1108.

2. The Debtor is an individual who resides in Longmont, Colorado. The Debtor is a consultant in technology and business development through a company he owns and is an investor in real estate and other items such as precious metals, collectible art, automobiles, and watches primarily through a separate company owned with his wife.

3. The Debtor's chapter 11 filing was precipitated by issues that derive from a lawsuit brought by Ladd 2000 Partners, Ltd. ("Ladd") against the Debtor, GoldenGator, ONIT, REIsmart, RentRange, Phillip E. Comeau, the Phillip E. Comeau Trust, Frederick Heigold II, Louis Herrera, CSB Asset Trust U/A 01/17/2002, and Carl Bell (collectively the "Ladd Defendants") in the District Court for the City and County of Denver ("Ladd Litigation"). The lawsuit set out several claims for relief arising out of Ladd's investment into a company known as RentRange LLC and the later GoldenGator LLC, ONIT Solutions LLC and REIsmart LLC sale to Altisource Solutions, S.A. ("Altisource"). The Ladd Defendants also asserted counterclaims against Ladd related to Ladd's investment in RentRange and the subsequent conflicts between Ladd and the other members of the LLC.

4. The Ladd Litigation though involved and contentious has now been resolved and a settlement agreement between the parties has been approved by the Court. The parties are

waiting for the orders approving the settlement to become final at which time the settlement monies due to Ladd will be paid. In the event that the settlement monies are not paid to Ladd for any reason, this Motion will be withdrawn.

5. In connection with the Ladd settlement, the Debtor has also settled his outstanding issues with Altisource. The Altisource settlement will result in mutual releases that are subject to certain limited exceptions. The funding for this settlement will be derived from the escrow accounts at Wells Fargo Bank that were set up initially in order to indemnify Altisource with respect to third party claims.

6. The Debtor is in the process of pursuing his claims against the law firm of Jones & Keller, P.C. and has generally retained most of his other business and personal assets.

7. The Debtor is solvent as a result of the Ladd and Altisource settlements and can address the balance of the allowable claims in this case outside of bankruptcy.

8. Cause exists for the dismissal of the Debtor's bankruptcy case.

9. Dismissal of this bankruptcy case is in the best interest of creditors.

WHEREFORE the Debtor prays that the Court make and enter an Order dismissing this chapter 11 case, and for such further and additional relief as to the Court may appear proper.

Dated: February 7, 2019

Respectfully submitted,

By: */s/ Lee M. Kutner*
     Lee M. Kutner

KUTNER BRINEN, P.C.
1660 Lincoln Street, Suite 1850
Denver, Colorado 80264
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
Email: lmk@kutnerlaw.com

**COUNSEL FOR WALTER CHARNOFF**

CERTIFICATE OF SERVICE

      I certify that on February 7, 2019, I served a complete copy of the foregoing **MOTION FOR DISMISSAL OF CHAPTER 11 CASE AND NOTICE OF MOTION FOR DISMISSAL OF CHAPTER 11 CASE** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul V. Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Carl C. Scherz, Esq.
Joseph Unis, Esq.
Locke Lord LLP
2200 Ross Avenue
Suite 2200
Dallas, Texas 75201

R. Livingston Keithley, Esq.
The Overton Law Firm
165 South Union Blvd.
Suite 542
Lakewood, CO 80228

William J. Kelly III, Esq.
Kelly & Walker LLC
1512 Larimer Street
Suite 200
Denver, CO 80202

John F. Young, Esq.
Matthew T. Faga, Esq.
Markus Williams Young & Zimmerman LLC
1700 Lincoln Street, Suite 4550
Denver, CO 80203-4505

Berry D. Spears, Esq.
Brandan Montminy, Esq.
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, Texas 75201

Joseph Unis, Esq.
Carl C. Scherz, Esq.
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, Texas 75201

Hamil Law Group LLC
455 Sherman Street
Suite 300
Denver, CO 80203

Colorado Landmark-Boulder
2350 Broadway
Boulder, CO 80304

Mark W. Williams, Esq.
Sherman & Howard LLC
633 17th Street
Suite 3000
Denver, CO 80202

Jeffrey S. Pagliuca, Esq.
Haddon Morgan Foreman
150 East 10th Avenue
Denver, CO 80203

John A. Purvis, Esq.
Purvis Gray Thomson, LLP
4410 Arapahoe Avenue
Suite 200
Boulder, CO 80303

Ian T. Hicks, Esq.
The Law Office of Ian T. Hicks LLC
6000 East Evans Avenue
Building 1, Suite 140
Denver, CO 80222

Richards Carrington, LLC
1700 Lincoln Street
Suite 3400
Denver, CO 80203

Mark A. Shaiken, Esq.
1050 17th Street
Suite 2400
Denver, CO 80265

James R. Miller
Miller Associates, LLC
Equitable Building
730 17th Street
Suite 340
Denver, CO 80202


/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen, P.C.**