UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-21594-JGR |
| WALTER CHARNOFF | ) | |
| SSN: XXX-XX-3670 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING DEBTOR'S FIFTH MOTION TO STAY AND EXTEND DATES RELATED TO PLAN OF REORGAINZATION, CASE ISSUES, AND STATUS REPORT**

THIS MATTER having come before the Court on the Debtor's Fifth Motion to Stay and Extend Dates Related to Plan of Reorganization, Case Issues, and Status Report ("Motion"), notice having been provided and no objections having been received, the Court finding cause for granting the requested relief, it is

ORDERED

a. The exclusive time to gain acceptance of the Debtor's Plan of Reorganization dated April 20, 2018 ("Plan") is extended for 30 days until April 1, 2019 pursuant to 11 U.S.C. §1121(d); and

b. The date for objections to adequacy of the Disclosure Statement is extended from February 18, 2019 to March 20, 2019.

DONE and entered this __19th__ day of February, 2019 at Denver, Colorado.

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Court Judge