UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 17-21594-JGR
WALTER CHARNOFF )
SSN: XXX-XX-3670 ) Chapter 11
)
Debtor. )

**ORDER APPROVING MUTUAL RELEASE, SETTLEMENT AGREEMENT, AND COVENANT NOT TO SUE**

THIS MATTER having come before the Court on the Debtor's Motion for Approval of Mutual Release, Settlement Agreement, and Covenant Not To Sue ("Motion"), cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED

1. That the Mutual Release, Settlement Agreement, and Covenant Not To Sue by and between Walter Charnoff, Brande Charnoff, and GoldenGator, LLC, ONIT Solutions, LLC, REIsmart, LLC, Altisource Portfolio Solutions S.A., and Altisource S.à.r.l (collectively "Altisource") attached to the Motion as Exhibit A is approved; and

2. That the funds remaining in the escrow accounts held at Wells Fargo Bank, N.A., as described in the Motion as the Altisource Escrow Accounts, after payment of the settlement amount due to Ladd 2000 Partners, Ltd. shall be paid to Altisource.

DONE and entered this _21st_ day of February, 2019 at Denver, Colorado.

Judge Joseph G. Rosania, Jr.
United States Bankruptcy Judge